UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-303-ABJ-ZMF |
| : | |
| DEBORAH LYNN LEE, : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO CONTINUE ALL MATTERS IN THIS CASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes defendant's Motion to Continue All Matters in this Case, ECF No. 141. On October 11, 2024, this Court found defendant guilty of Counts Two through Five (Count One was dismissed by the government) after a bench trial. Ms. Lee is scheduled to appear for a sentencing hearing on January 27, 2025. No material change to the facts or law at issue in this case has occurred since the trial, and the government is prepared to proceed with sentencing on January 27, 2025. The Court should therefore deny defendant's motion.

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See United States v. Baker*, No. 24-cr-121 (CRC), Nov. 11, 2024, Minute Order (denying substantively identical motion to continue); *United States v. Johnson*, No. 24-cr-141 (JDB), Nov. 13, 2024, Minute Order (same); *see also, e.g.*, *United States v. Avery*, No. 24-cr-79 (CRC), Nov. 6, 2024, Minute Order (denying continuance of sentencing hearing based on claim of potential clemency); *United States v. Fuller*, No. 23-cr-209 (CKK), Nov. 6, 2024, Minute Entry (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v.*

1

*Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024, Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Lichnowski*, No. 23-cr-341 (RBW), Nov. 7, 2024, Minute Order (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Heffner*, No. 24-cr-260 (APM), Nov. 11, 2024, Minute Order (denying motion to stay proceedings based on claim of potential clemency).

The defendants' citation to Special Counsel Jack Smith's motion to vacate a briefing schedule in the matter of *United States v. Trump*, No. 23-cr-257 (TSC), is inapposite. That motion refers to the "unprecedented circumstance" of a criminal defendant being "expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025." *See id.*, ECF No. 278. The need to "determine the appropriate course going forward consistent with Department of Justice policy," *id.*, is not similarly implicated in this case, where the defendant is a private citizen.

Defendant contends that Ms. Lee would waste money travelling to this jurisdiction to appear at the sentencing hearing, and that the defense and the government would waste time and effort preparing for sentencing. The government disagrees with the notion that holding Ms. Lee accountable is a waste of time and resources. This Court found that Ms. Lee willfully and knowingly engaged in criminal conduct and that she entered the U.S. Capitol on January 6 to stop the certification of the 2020 presidential election. Her actions not only caused a disturbance, but they also endangered the health and safety of multiple law enforcement officers and forced the evacuation of the people charged with this country's peaceful transition of presidential power. This Court should not countenance any undue delay in the administration of justice in this case.

For the foregoing reasons, the Court should deny the defendant's motion to continue and proceed with sentencing on January 27, 2025.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Carlos A. Valdivia
CARLOS A. VALDIVIA
D.C. Bar No. 1019242
ALEXANDER DIAMOND
N.Y. Bar No. 5684634
Assistant United States Attorneys
601 D Street, NW
Washington, D.C. 20530
(202) 252-7508
Carlos.Valdivia@usdoj.gov