# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : Case No. 21-CR-303 |
| | : |
| **DEBORAH LYNN LEE,** | : |
| | : |
| | : |
| **Defendant.** | : |

# ORDER

Pursuant to the motion filed by the United States, ECF 153, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 21st day of January, 2025.

_____
HONORABLE ZIA M. FARUQUI
United States Magistrate Judge